AUSA Amarjeet S. Bhachu (312) 469-6212

AO 91 (REV.5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

**FILED**
OCT 1 2 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**UNITED STATES OF AMERICA**   MAGISTRATE JUDGE MASON

V.

**CRIMINAL COMPLAINT**

**OMAR ALEJANDRO GONZALEZ-VILLA
AND JESUS NOVOR GONZALEZ-MENDOZA**

CASE NUMBER:

# 05CR0844

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___October 7, 2005___ in ___Cook___ County, in the ___Northern___ District of ___Illinois___ the defendants (Track Statutory Language of Offense)

> did conspire with each other and others known and unknown, to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, namely, a quantity of heroin, a Schedule I Narcotic Drug Controlled Substance, and a quantity of cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1),

in violation of Title_21_ United States Code, Section(s) ___846___.

I further state that I am a(n)_Special Agent, Drug Enforcement Administration_ and that this complaint is based on the following facts:

**See attached affidavit.**

Continued on the attached sheet and made a part hereof: _X_ Yes ____ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

October 12, 2005                      at      Chicago, Illinois
Date                                               City and State

Michael T. Mason
*United States Magistrate Judge*
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF COOK       )

## AFFIDAVIT

I, David Vargas, being duly sworn under oath, state as follows:

1.    I am a Special Agent with the Drug Enforcement Administration ("DEA"), and have been so employed for approximately 9 years. My duties include the investigation of various crimes, including violations of Title 21, United States Code, Sections 841 and 846.

2.    I make this affidavit from personal knowledge based upon my participation in this investigation, reports I have read and conversations I have had with others who have personal knowledge of the events and circumstances described herein. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3.    On October 7, 2005, at approximately 10:00 a.m., law enforcement agents interviewed Omar Alejandro GONZALEZ-VILLA in the vicinity of 1623 South 61st Avenue, in Cicero, Illinois. GONZALEZ-VILLA informed law enforcement agents that he lived at 1623 South 61st Avenue, in Cicero, Illinois. When law enforcement agents asked GONZALEZ-VILLA if anything was in his residence, GONZALEZ-VILLA lowered his head, and responded with words to the effect of : "What you're looking for is in the pickup truck in a suitcase." GONZALEZ-VILLA also asked law enforcement agents to "take the money" and let him go. GONZALEZ-VILLA also stated there were eight kilograms of cocaine in the truck.



4.      Thereafter, GONZALEZ-VILLA signed a written consent to a search of the residence at 1623 South 61st Avenue. During the course of the search, which began shortly after 10:00 a.m., law enforcement officers searched a pickup truck located in the garage of the residence. Law enforcement officers found a black suitcase in the front seat of the pickup truck. Within the suitcase, agents found large bundles of money sealed in plastic wrap. The bills that were visible were in $20 denominations. GONZALEZ-VILLA indicated he was uncertain, but opined that it was anywhere from $300,000 to $500,000 of money in the bundles.

5.      Also located in the cab of the pickup truck was a black duffel bag. Within the black duffel bag, law enforcement officers found three separate wrapped packages with a total weight of approximately 3 kilograms, containing a beige colored powder. The substance in these packages field tested positive for heroin. Also within the black duffel bag were four separate wrapped packages with a total weight of approximately 4 kilograms, containing a powdery white substance. The substance in these packages field tested positive for cocaine.

6.      Within the house, law enforcement officers located a receipt from Western Union, bearing GONZALEZ-VILLA's name, and the address of 1623 South 61st Avenue.

7.      After the search of the garage, GONZALEZ-VILLA opened the door to the residence at 1623 South 61st Avenue. After law enforcement officers entered the residence, they met Jesus Novor GONZALEZ-MENDOZA.

8.      GONZALEZ-MENDOZA stated that he lived at 1623 South 61st Avenue in an upstairs loft. He informed agents that he had arrived from Mexico approximately 3 months ago. He indicated he did not have a job, and was helping his brother-in-law and sister. GONZALEZ-MENDOZA identified GONZALEZ-VILLA as his brother-in-law.

2

9.    GONZALEZ-MENDOZA was informed of his constitutional rights. GONZALEZ-MENDOZA informed agents that he helped count and wrap money. GONZALEZ-MENDOZA responded that he knew about the money located in the pickup truck because he had wrapped and arranged the bundles of currency and placed them inside the suitcase, as requested by his brother-in-law.

10.    GONZALEZ-MENDOZA was asked if he knew what the money was for, and he nodded his head. GONZALEZ-MENDOZA acknowledged that he knew that there were drugs in the house. GONZALEZ-MENDOZA said that he wrapped money in the past when asked by his brother-in-law.

11.    Based on my experience and training, the amount of heroin and cocaine recovered is consistent with a distribution amount of heroin and cocaine.

FURTHER AFFIANT SAYETH NOT.

David Vargas
*Special Agent*
*Drug Enforcement Administration*

Sworn to before me and subscribed in my presence
this 12th day of October, 2005.

Michael T. Mason
*United States Magistrate Judge*

3